CORNELIUS D. CURNEN, Respondent, *v.* ROBERT B. REILLY, Appellant.

*Curnen* v. *Reilly*, 99 App. Div. 159, affirmed.
(Argued January 17, 1906; decided February 6, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 20, 1904, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*John C. McGuire* for appellant.

*Charles E. Mahony* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.